IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHERRY WALKER                                                                                          PLAINTIFF

vs.                                         Civil No. 6:15-cv-06025

CAROLYN COLVIN                                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 12th day of February 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                              /s/  Barry A. Bryant
                                                                              HON. BARRY A. BRYANT
                                                                              U. S. MAGISTRATE JUDGE